# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| CLAUDE DE BOTTON, NEWTOWN SQUARE EAST, L.P., NATIONAL DEVELOPERS, INC. AND NEWTOWN G.P., LLC, | : No. 116 EAL 2014<br>:<br>:<br>: Petition for Allowance of Appeal from the<br>: Order of the Superior Court |
| Respondents | :<br>:<br>:<br>: |
| v. | :<br>:<br>: |
| KAPLIN STEWART REITER & STEIN, P.C., MARC B. KAPLIN, ESQUIRE, BARBARA ANISKO, ESQUIRE AND PAMELA M. TOBIN, ESQUIRE (COLLECTIVELY "KSMRS"), | :<br>:<br>:<br>:<br>:<br>: |
| Petitioners | : |

| | |
|---|---|
| CLAUDE DE BOTTON, NEWTOWN SQUARE EAST, L.P., NATIONAL DEVELOPERS, INC. AND NEWTOWN G.P., LLC, | : No. 117 EAL 2014<br>:<br>:<br>: Petition for Allowance of Appeal from the<br>: Order of the Superior Court |
| v. | :<br>:<br>:<br>: |
| BPG REAL ESTATE INVESTORS, CAMPUS INVESTORS OFFICE B, L.P., CAMPUS INVESTORS 25, L.P., CAMPUS INVESTORS I BUILING, L.P., CAMPUS INVESTORS H BUILDING, L.P., CAMPUS INVESTORS D BUILDING, L.P., CAMPUS INVESTORS COTTAGES, L.P., CAMPUS INVESTORS OFFICE 2B, L.P., ELLIS PRESERVE OWNERS ASSOCIATION, KELLY PRESERVE OWNERS ASSOCIATION, COTTAGES AT ELLIS OWNERS ASSOCIATION, | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

GENBER/MANAGEMENT CAMPUS,     :
LLC, BERWIND PROPERTY GROUP,     :
LTD., EXECUTIVE BENEFIT     :
PARTNERSHIP CAMPUS,     :
MANAGEMENT PARTNERSHIP     :
BENEFIT, L.P. AND ELLIS ACQUISTION, :
L.P., KAPLIN STEWART MELOFF     :
REITER & STEIN, P.C., MARC B.     :
KAPLIN, ESQUIRE, BARBARA ANISKO, :
ESQUIRE, AND PAMELA M. TOBIN     :
:
:
PETITION OF: BPG DEFENDANTS     :

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of October, 2014, the Petition for Allowance of Appeal is **DENIED**.